NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TDM AMERICA, LLC,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5138

---

Appeal from the United States Court of Federal Claims in case no. 06-CV-472, Judge Thomas C. Wheeler.

---

**ON MOTION**

---

**ORDER**

Before Lourie, *Circuit Judge.*

TDM America, LLC (TDM) moves without opposition to stay the briefing schedule in this appeal pending reexamination of U.S. Patent Nos. 5,542,614 and 5,794,862 by the United States Patent and Trademark Office.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to stay the briefing schedule is granted. TDM is directed to inform the court within 21 days of a final decision concerning reexamination how it believes this appeal should proceed. The United States may also respond within that time.

(2) The motion for an extension of time is moot.

(3) The revised official caption is reflected above.

FOR THE COURT

SEP 0 9 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: David W. Denenberg, Esq.
Walter W. Brown, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 0 9 2010

JAN HORBALY
CLERK